David C. Parisi (162248)
Suzanne Havens Beckman (188814)
PARISI & HAVENS LLP
212 Marine Street, Suite 100
Santa Monica, California 90405
(818) 990-1299 (telephone)
(818) 501-7852 (facsimile)
dcparisi@parisihavens.com
shavens@parisihavens.com

Ethan Preston (263295)
PRESTON LAW OFFICES
4054 McKinney Avenue, Suite 310
Dallas, Texas 75204
(972) 564-8340 (telephone)
(866) 509-1197 (facsimile)
ep@eplaw.us

*Attorneys for Plaintiff Chelsea Addison, on her own behalf, and behalf of all others similarly situated*

# IN THE UNITED STATES DISTRICT COURT FOR

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHELSEA ADDISON, an individual, on her own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MONARCH & ASSOCIATES, INC., a California corporation, TINA COCA, and TAWNI COCA, natural persons, and DOES 3-10, inclusive,<br><br>Defendants. | No. 5:14-cv-00358-GW(CWx)<br><br>Judge George H. Wu<br><br>Magistrate Judge Carla Woehrle<br><br>**STIPULATED DISMISSAL OF TERESA ROGERS** |

**STIPULATED DISMISSAL OF TERESA ROGERS**

IT IS HEREBY STIPULATED by and between Plaintiff Chelsea Addison ("Addison" or "Plaintiff") and Defendant Teresa Rogers ("Rogers"), by and through their respective attorneys, that Rogers shall be dismissed from this action pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorneys' fees.

Dated: September 17, 2015   By: s/Ethan Preston
David C. Parisi (162248)
Suzanne Havens Beckman (188814)
PARISI & HAVENS LLP
212 Marine Street, Suite 100
Santa Monica, California 90405
(818) 990-1299 (telephone)
(818) 501-7852 (facsimile)
dcparisi@parisihavens.com
shavens@parisihavens.com

Ethan Preston (263295)
PRESTON LAW OFFICES
4054 McKinney Avenue, Suite 310
Dallas, Texas 75204
(972) 564-8340 (telephone)
(866) 509-1197 (facsimile)
ep@eplaw.us

*Attorneys for Plaintiff Chelsea Addison, on her own behalf, and behalf of all others similarly situated*

Dated: September 1, 2015   By: _____
Michael Jones (271574)
M Jones & Associates, PC
505 North Tustin Avenue, Suite 105
Santa Ana, California 92705
(714) 795-2346 (telephone)
(888) 341-5213 (facsimile)
mike@mjonesoc.com

*Attorneys for Defendant Teresa Rogers*

## STIPULATED DISMISSAL OF TERESA ROGERS

IT IS HEREBY STIPULATED by and between Plaintiff Chelsea Addison ("Addison" or "Plaintiff") and Defendant Teresa Rogers ("Rogers"), by and through their respective attorneys, that Rogers shall be dismissed from this action pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorneys' fees.

Dated: September 1, 2015        By: _____
David C. Parisi (162248)
Suzanne Havens Beckman (188814)
PARISI & HAVENS LLP
212 Marine Street, Suite 100
Santa Monica, California 90405
(818) 990-1299 (telephone)
(818) 501-7852 (facsimile)
dcparisi@parisihavens.com
shavens@parisihavens.com

Ethan Preston (263295)
PRESTON LAW OFFICES
4054 McKinney Avenue, Suite 310
Dallas, Texas 75204
(972) 564-8340 (telephone)
(866) 509-1197 (facsimile)
ep@eplaw.us

*Attorneys for Plaintiff Chelsea Addison, on her own behalf, and behalf of all others similarly situated*

Dated: September 1, 2015        By: /s/ Michael Jones
Michael Jones (271574)
M Jones & Associates, PC
505 North Tustin Avenue, Suite 105
Santa Ana, California 92705
(714) 795-2346 (telephone)
(888) 341-5213 (facsimile)
mike@mjonesoc.com

*Attorneys for Defendant Teresa Rogers*

## **CERTIFICATE OF SERVICE**

Pursuant to 28 U.S.C. § 1746, I hereby certify under penalty of perjury that copies of the attached documents were this date served upon the parties below Fed. R. Civ. P. 5(b) by causing copies of such documents to be mailed to the below parties' last known address on the date below:

> Tina Coca
> Monarch & Associates, Inc.
> 2345 Cornell Street
> Corona, California 92881
>
> Tawni Coca
> 1373 Granada Avenue
> Corona, California 92880
>
> *Defendants*
>
> Michael Anthony Jones
> M Jones & Associates, PC
> 505 North Tustin Ave Ste 105
> Santa Ana, CA 92705
>
> *Attorney for Teresa Rogers*

Dated: September 17, 2015      By:  s/Ethan Preston

> David C. Parisi (162248)
> Suzanne Havens Beckman (188814)
> PARISI & HAVENS LLP
> 212 Marine Street, Suite 100
> Santa Monica, California 90405
> (818) 990-1299 (telephone)
> (818) 501-7852 (facsimile)
> dcparisi@parisihavens.com
> shavens@parisihavens.com
>
> Ethan Preston (263295)
> PRESTON LAW OFFICES
> 4054 McKinney Avenue, Suite 310
> Dallas, Texas 75204
> (972) 564-8340 (telephone)
> (866) 509-1197 (facsimile)
> ep@eplaw.us
>
> *Attorneys for Plaintiff Chelsea Addison, on her own behalf, and behalf of all others similarly situated*

Certificate of Service                                                                    No. 5:14-cv-00358-GW(CWx)