WHEN RECORDED MAIL TO:

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHELSEA ADDISON, an individual, on her own behalf and on behalf of all others similarly situated<br><br>                                          PLAINTIFF(S),<br>                v.<br><br>MONARCH & ASSOCIATES, INC., TINA COCA, and TAWNI COCA,<br><br>                                          DEFENDANT(S). | CASE NUMBER:<br><br>CV 14-358-GW(JEMx)<br><br>ABSTRACT OF JUDGMENT/ORDER |

I certify that in the above-entitled action and Court, Judgment/Order was entered on September 13, 2017 in favor of Chelsea Addison and a class of similarly situated individuals whose address is c/o Ethan Preston, 4054 McKinney Avenue, Suite 310, Dallas, Texas 75204 and against Tina Coca and Monarch & Associates, Inc. whose last known address is 2345 Cornell Circle, Corona, California 92881 for $ 2,120,120.80     Principal, $ 0     Interest, $ 0     Costs, and $ 0     Attorney Fees.

ATTESTED this   18th   day of   December  , 2017.

Judgment debtor's driver's license no. and state; _____ (last 4 digits) ☑ Unknown.

Judgment debtor's Social Security number;   8596   (last 4 digits) ☐ Unknown.

☑ No stay of enforcement ordered by Court

☐ Stay of enforcement ordered by Court, stay date ends _____

Judgment debtor's attorney's name and address and/or address at which summons was served:

2345 Cornell Circle

Corona, California 92881

CLERK, U.S. DISTRICT COURT

By _____ Derek Davis
                Deputy Clerk

1183

NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.