David C. Parisi (162248)
Suzanne Havens Beckman (188814)
PARISI & HAVENS LLP
212 Marine Street, Suite 100
Santa Monica, California 90405
(818) 990-1299 (telephone)
(818) 501-7852 (facsimile)
dcparisi@parisihavens.com
shavens@parisihavens.com

Ethan Preston (263295)
PRESTON LAW OFFICES
4054 McKinney Avenue, Suite 310
Dallas, Texas 75204
(972) 564-8340 (telephone)
(866) 509-1197 (facsimile)
ep@eplaw.us

*Attorneys for Plaintiff Chelsea Addison and the Class*

# IN THE UNITED STATES DISTRICT COURT FOR

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHELSEA ADDISON, an individual, on her own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MONARCH & ASSOCIATES, INC., a California corporation, TINA COCA, TAWNI COCA, and TERESA ROGERS, natural persons, and DOES 4-10, inclusive,<br><br>Defendants. | No. EDCV 14-358-GW(JEMx)<br><br>Judge George H. Wu<br><br>Magistrate Judge John E. McDermott<br><br>**ORDER ON DEPOSIT OF COLLECTED FUNDS INTO COURT ACCOUNT** |

On September 12, 2017, the Court entered judgment against the Defendants. (ECF No. 202.) On January 29, 2018, the Court entered an award of attorneys' fees against the Defendants, which recognized that "some form of notice to class members may be required if this fee award ultimately affects the class's recovery in this matter." (ECF No. 206.) In their fee application and at the January 25 hearing, Class Counsel proposed that the Court order any funds collected on the judgment be deposited into the Court's registry or other Court-ordered account in order to help manage the potential problems that might arise in (1) giving notice to the class; and/or (2) disbursing collected funds to class members.

The Court hereby orders that Class Counsel shall deposit any funds collected from Defendants into an interest bearing account within the Court Registry Investment System (CRIS) maintained by the Administrative Office of the United States Courts, with credit to "Class Members in *Addison v. Monarch & Associates, Inc.*, Case No. 5:14-cv-00358-GW(JEMx), United States Court for the Central District of California." The Court will determine whether and how to issue notice to the class and/or to distribute those funds to the class at appropriate times after funds have been deposited into CRIS. Pursuant to Rule 67(a), the Court hereby orders that Class Counsel shall provide the clerk of this Court notice of this order prior to depositing any such funds in the Court's registry.

Date: February 13, 2018

GEORGE H. WU, U.S. District Judge